USCA1 Opinion

 

 August 15, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1295 UNITED STATES, Appellee, v. CARLOS M. BURGOS-RODRIGUEZ, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Raymond L. Acosta, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ Gabriel Hernandez Rivera on brief for appellant ________________________ ____________________ ____________________ Per Curiam. Defendant argues that the five-year __________ mandatory minimum sentence he received under 21 U.S.C. 841(b)(1)(B) constitutes cruel and unusual punishment and violates his asserted right to individualized sentencing. We disagree. Harmelin v. Michigan, 111 S.Ct. 2680 (1991) (life ____________________ imprisonment without parole for possessing 672 grams of cocaine does not violate the Eighth Amendment's cruel and unusual punishment clause); United States v. Cook, 859 F.2d ______________________ 777, 778 (9th Cir. 1988) (mandatory five year sentence for first time offender courier not cruel and unusual punishment); United States v. Campusano, 947 F.2d 1, 3 (1st ___________________________ Cir. 1991) ("There is no constitutional right, in non-capital cases, to individualized sentencing"). The judgment is summarily affirmed. Local R. 27.1. ________